**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | | |
|---|---|---|
| L.S.B., | : | No. 28 WM 2017 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| B.C.B., | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

      **AND NOW**, this 21st day of April, 2017, the Application for Extraordinary Relief is **DENIED**.